UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gail Schirmer,

Plaintiff,

v.

Nationwide Recovery Services, a foreign corporation, Vorian Polite, and Carol Thompson, individuallyl,

Defendants.

Court File No. CV 00-1202 MJD/JGL

**STIPULATION TO EXTEND DEADLINE TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that Defendants are granted an extension of time until July 3, 2000 to serve and file an answer to the complaint.

Dated: June 12, 2000

Peter F. Barry, #0266577
CONSUMER JUSTICE CENTER, P.A.
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109
Telephone: (612) 770-9707

**Attorney for Plaintiff**

Dated: ~~March~~ June 12, 2000

Robert E. Salmon (#123031)
Alana K. Bassin (#266589)
**MEAGHER & GEER, P.L.L.P.**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-0661

**Attorneys for Defendants**

JUN 15 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IT IS HEREBY ORDERED:**

Pursuant to the parties' stipulation, Defendant may have the requested extension to answer the complaint.

**BY THE COURT:**

Dated: June 14, 2000

Mag. Judge of United States District Court

/810296